UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: _____

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
☐ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal        ☐ Order being Appealed        ☐ Designation of Record on Appeal

☐ Statement of Issues     ☐ Transcript                  ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal  ☐ Certification of Failure to File Designation  ☐ Motion to Withdraw the Reference

☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

Appellant(s): _____        Appellee(s): _____

Attorney: _____             Attorney: _____

Address: _____              Address: _____

_____                     _____

Title of Order Appealed: _____

Date Entered On Docket: _____

☐   An appeal has not previously been filed in this case.

☐   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____     Judge assigned: _____

By: _____                              Date: _____

*rev. 8/28/17*